James C. Collins
Attorney at Law

PO Box 713
Whitney Point, NY 13862
Telephone: (607) 692-3344
Fax:          (607) 692-2299

September 21, 2011

U.S. Bankruptcy Court
230 U.S. Courthouse
10 Broad Street
Utica, NY 13501

Attention: Tom

Re:   Michael F. Decker and
      Beth A. Decker
      Chapter 7 Case No. 06-60886
      Dividend Amount: $4.12

Dear Tom:

I have enclosed a check number 10121 made payable to the Clerk, U.S. Bankruptcy Court in the amount of $4.12 for Dividend to the creditor Gerald Knapp, DDS, 119 Front Street, Deposit, NY 13754-1111, filed Proof of Claim No. 7.

*Rec'd $4.12 9/22/11*

Very sincerely yours,

*Jim Collins*

**FILED**

SEP 2 2 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

**RECEIVED**

SEP 2 2 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

JCC/jjc

Enc.

*Receipt # 61100429*