James C. Collins  
Attorney at Law

PO Box 713  
Whitney Point, NY 13862  
Telephone: (607) 692-3344  
Fax:         (607) 692-2299

September 21, 2011

U.S. Bankruptcy Court  
230 U.S. Courthouse  
10 Broad Street  
Utica, NY 13501

Attention: Tom

          Re:    Michael F. Decker and  
                 Beth A. Decker  
                 Chapter 7 Case No. 06-60886  
                 Dividend Amount: $2.12

Dear Tom:

     I have enclosed a check number 10120 made payable to the Clerk, U.S. Bankruptcy Court in the amount of $2.12 for Dividend to the creditor Orthopedic Associates, 65 Pennsylvania Avenue, Binghamton, NY 13903-1699, filed Proof of Claim No. 2.

*JT 9/22/11*

                          Very sincerely yours,

                          Jim Collins

**FILED**  
SEP 2 2 2011  
OFFICE OF THE BANKRUPTCY CLERK  
UTICA, NY

JCC/jjc

Enc.

*Receipt # 61100428*

**RECEIVED**  
SEP 2 2 2011  
OFFICE OF THE BANKRUPTCY CLERK  
UTICA, NY