**James C. Collins**
Attorney at Law

PO Box 713
Whitney Point, NY 13862
Telephone: (607) 692-3344
Fax:          (607) 692-2299

September 21, 2011

U.S. Bankruptcy Court
230 U.S. Courthouse
10 Broad Street
Utica, NY 13501

Attention: Tom

        Re:    Michael F. Decker and
                  Beth A. Decker
                  Chapter 7 Case No. 06-60886
                  Dividend Amount: $4.63

Dear Tom:

    I have enclosed a check number 10122 made payable to the Clerk, U.S. Bankruptcy Court in the amount of $4.63 for Dividend to the creditor Law Office of Thomas W. Reed II, PLLC., P.O. Box 41, 319 W. Water St., Elmira, NY 14902-0041, filed Proof of Claim No. 22.

*DT  9/22/11*

Very sincerely yours,

*Jim Collins*

**FILED**
SEP 22 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

**RECEIVED**
SEP 22 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

JCC/jjc

Enc.

*Receipt #6100427*